UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY PAGAN,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>MIDHUDSON FORENSIC PSYCHIATRIC HOSPITAL; KIRBY HOSPITAL; MEDIA, PUBLIC NETWORK; BELLEVUE HOSPITAL; CREEDMORE HOSPITAL,<br><br>　　　　　　　　Defendants. | 23-CV-10050 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

　　By order dated January 16, 2024, the Court dismissed Plaintiff's complaint and granted him 30 days' leave to replead. On February 6, 2024, the Court received a letter from Plaintiff requesting additional time to submit an amended pleading. The Court grants Plaintiff's request. The amended complaint is due by Friday, March 22, 2024. If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment in this action.

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:　February 21, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge